438 A.2d 642

Commonwealth v. Timmons, Appellant.

 Submitted May 27, 1981. Ronald Segal, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

The judgment of sentence of the court below is affirmed.